IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOANN DAVIS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**A.I.J.J. ENTERPRISES, INC. d/b/a RAINBOW SHOPS,**<br><br>*Defendant.* | Case No. 2:21-cv-02829-JDW |

### ORDER

**AND NOW**, this 21st day of January, 2022, upon consideration of Defendant's Renewed Motion To Compel Arbitration, Or In The Alternative, Dismiss Plaintiff's Complaint Pursuant To Federal Rule Of Civil Procedure 12(b)(6) (ECF No. 7), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. On or before February 18, 2022, Ms. Davis shall initiate arbitration of this case before the American Arbitration Association, the National Arbitration Forum, or JAMS/Endispute, at her election.

It is **FURTHER ORDERED** that the Clerk of Court shall place this case in civil suspense pending resolution of the arbitration. The parties shall notify the Court within seven days of any final award in any arbitration proceeding.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.